IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PRINCESA ALVARADO MATA, <br><br> Defendant. | Case No. 1:13CR00030-001 LJO <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on October 30, 2013, to a period of TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

IT IS SO ORDERED.

**Dated:   October 30, 2013**          /s/  Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE